# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2472 Disciplinary Docket No. 3 |
| | : | |
| | : | |
| Petitioner | : | No. 62 DB 2018 |
| | : | |
| v. | : | |
| | : | Attorney Registration No. 66308 |
| LORI A. REXROTH, | : | |
| | : | |
| Respondent | : | (Lycoming County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, upon consideration of the Verified Statement of Resignation, Lori A. Rexroth is disbarred on consent from the Bar of this Commonwealth, retroactive to July 25, 2018. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).